# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JAMES BUSCHER,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN DEACONESS CHILDREN'S SERVICES,<br><br>Defendant. | No. CV-22-46-H-JTJ<br><br><br><br>**ORDER DISMISSING WITH PREJUDICE** |

The parties having filed a Joint Stipulation for Dismissal With Prejudice (Doc. 17), IT IS HEREBY ORDERED that the Complaint and this entire action is DISMISSED with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED this 17th day of April, 2023.

_____
John Johnston
United States Magistrate Judge